UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:18-cv-02436-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| Lincoln Properties, et al., | |
| Defendants. | |

Having read the stipulation of the parties, and for good cause shown, the Court **grants** the parties' request. The deadline to file dispositional documents is extended up to and including to May 26, 2021.

While the request is granted, counsel is reminded that the local rules strongly discourage requests for extensions of time submitted on day of the deadline for which an extension is sought. L.R. 144 (d) ("Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."). This is the third stipulation and request filed by the same parties on a previously imposed deadline. *See* ECF No. 28 in *Scott Johnson v. Starbucks Corporation*, 2:18-cv-02460-KJM-KJN; ECF No. 68, *Scott Johnson v. Starbucks Corporation*,

/////

1

1  2:17-cv-01718-KJM-KJN.  The court cautions the parties they cannot assume such last minute

2  stipulations will continue to be approved.

3      This order resolves ECF No. 47.

4      IT IS SO ORDERED.

5  DATED:  May 5, 2021.

                                                CHIEF UNITED STATES DISTRICT JUDGE