UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:18-cv-02436-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Lincoln Properties, LTD et al., | |
| Defendants. | |

The court is in receipt of the parties' stipulation to extend the deadline to file dispositional documents by thirty days, ECF No. 51. The current deadline to file the dispositional documents is May 26, 2021. Good cause appearing, the court approves the parties' stipulation and extends the deadline to file dispositional documents up to and including June 25, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 51.

DATED: June 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1